THE GERMAN AMERICAN NATIONAL BANK v. FRANK
THOMSON, *Receiver*.

No. 114.

GENERAL FINDING — *by court includes every fact necessary to sustain judgment.* Where a case is tried by the court and a general finding made in favor of the defendant, and no special findings are requested or made, the general finding includes every material fact necessary to sustain the judgment based upon such finding ; and where there is some evidence to support the general finding and judgment, they will not be disturbed.

Error from Marshall District Court. Hon. R. B. Spilman, Judge. Opinion filed December 12, 1896. *Affirmed.*

*W. S. Glass,* and *Theo. H. Polock,* for plaintiff in error.

*J. A. Broughten,* for defendant in error.

GILKESON, P. J. The issues in this case are purely of fact, and having been passed upon by the court upon a full and fair hearing will not be disturbed.

"Where a case is tried by the court, and a general finding is made in favor of the defendants, and no special findings are requested or made, the general finding includes every material fact necessary to sustain a judgment based upon such finding ; and where there is some evidence to support the general finding and judgment, they will not be disturbed." *Kirwan v. National Bank,* 2 Kan. App. 687 ; quoting *Mushrush v. Zarker,* 48 Kan. 382.